UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FERYAL MOHAMMAD and
WAJDAN MOHAMMAD,

      Plaintiffs,
v.                                        **Case No. 1:18-cv-23330-MGC**

BANK OF AMERICA, N.A.,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiffs, FERYAL MOHAMMAD and WAJDAN MOHAMMAD ("Plaintiffs"), by and through undersigned counsel, and hereby file this Joint Notice of Settlement, and state that Plaintiffs and Defendant, BANK OF AMERICA, N.A., have come to an amicable settlement agreement.

Date: **November 7, 2018**

| | |
|---|---|
| /s/ Christopher W. Boss | /s/ Maureen B. Walsh |
| Christopher W. Boss, Esq. | Maureen B. Walsh, Esq. |
| FL Bar No.: 13183 | FL Bar No.: 0028179 |
| Boss Law PLLC | McGuire Woods LLP |
| 9887 4th Street N., Suite 202 | 50 N. Laura Street, Suite 3300 |
| St. Petersburg, FL 33702 | Jacksonville, FL 32202 |
| Phone: (727) 471-0039 | Phone: (904) 798-3200 |
| Fax: (888) 449-8792 | Fax: (904) 978-3207 |

[Certificate of Service on Next Page]

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of November, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Christopher W. Boss
      Christopher W. Boss, Esq.
      FL Bar No.: 13183
      Boss Law
      Service Email:  CPservice@bosslegal.com
      9887 4th Street N., Suite 202
      St. Petersburg, FL 33702
      Phone: (727) 471-0039
      Fax: (888) 449-8792
      Counsel for Plaintiffs