UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-23330-Civ-COOKE/GOODMAN**

FERYAL MOHAMMAD and
WAJDAN MOHAMMAD,

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE UPON NOTICE OF SETTLEMENT**

    THIS MATTER comes before me on the parties' Joint Notice of Settlement (ECF No. 15). The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or moving for dismissal pursuant to Rule 41(a)(2).

    A stipulation of final dismissal, or a motion for dismissal, must be filed within 30 days of this Order. In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk will **ADMINISTRATIVELY CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers, in Miami, Florida, this 8th day of November 2018.

*[Signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*