**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FERYAL MOHAMMAD and
WAJDAN MOHAMMAD,

        Plaintiffs,
 v.                                                       **Case No. 1:18-cv-23330-MGC**

BANK OF AMERICA, N.A.,

        Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, FERYAL MOHAMMAD and WAJDAN MOHAMMAD, hereby dismiss the above-entitled action and all claims asserted in the action against Defendant, BANK OF AMERICA, N.A., with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss*<br>Christopher W. Boss, Esq.<br>Florida Bar No.: 13183<br>**BOSS LAW**<br>Email: cpservice@bosslegal.com<br>9887 Fourth Street North, Suite 202<br>St. Petersburg, Florida 33702<br>Telephone: (727) 471-0039<br>Facsimile: (888) 449-8792<br>***Attorney for Plaintiffs*** | */s/ Maureen B. Walsh*<br>Maureen B. Walsh<br>Florida Bar No. 0028179<br>Primary Email: mbwalsh@mcguirewoods.com<br>**McGuireWoods LLP**<br>50 N. Laura Street, Suite 3300<br>Jacksonville, Florida 32202<br>(904) 798-3200<br>(904) 798-3207 (fax)<br>clambert@mcguirewoods.com<br>flservice@mcguirewoods.com<br>***Counsel for Defendant, Bank of America, N.A.*** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Maureen B. Walsh
Primary Email: mbwalsh@mcguirewoods.com
**McGuireWoods LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
clambert@mcguirewoods.com
flservice@mcguirewoods.com
*Counsel for Defendant, Bank of America, N.A.*

Emily Y. Rottmann
Primary Email: erottmann@mcguirewoods.com
**McGuireWoods LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
*Counsel for Defendant, Bank of America, N.A.*

Sara F. Holladay-Tobias
Primary Email: stobias@mcguirewoods.com
**McGuireWoods LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
*Counsel for Defendant, Bank of America, N.A.*

/s/ Christopher W. Boss
Christopher W. Boss (FBN 13183)