UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-23330-Civ-COOKE/GOODMAN**

FERYAL MOHAMMAD and
WAJDAN MOHAMMAD,

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED** *with prejudice* under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. (ECF No. 25).

**DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of December 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*